No. 277. Ex parte Sifre, Notary Public.—Petition by the National Surety Company for the termination of notarial surety bond No. 454, executed by said company on April 7, 1910, as surety for Notary Jaime Sifre, Jr. Decided December 17, 1914. Bond terminated to take effect from February 16, 1915. The petitioning company appeared by brief through its agent, Mr. Harry F. Besosa.

———

No. 322. Ex parte Buitrago, Notary Public.—Petition by the National Surety Company for the termination of notarial surety bond No. 1033 executed by said company on June 12, 1911, as surety for Notary Carlos B. Buitrago. Decided December 24, 1914. Bond terminated to take effect February 23, 1915. The petitioner appeared by brief through its agent, Mr. Harry F. Besosa.

———

No. 287. Ex parte Martínez, Notary Public.—Petition by the National Surety Company for the termination of notarial surety bond No. 648 executed by said company on October 19, 1910, as surety for Notary Rafael Martínez Alvarez. Decided December 28, 1914. Bond terminated to take effect February 26, 1915. The petitioner appeared by brief through its agent, Mr. Harry F. Besosa.